474 A.2d 650

Commonwealth v. Chartock, Appellant.

Submitted January 19, 1984. Jeffrey M. Voluck, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order of probation affirmed.